1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARLOS A. RAMIREZ,                           No.  2:20-cv-0624 CKD P

12                  Plaintiff,

13          v.                                     ORDER

14   ELENA D'AUGUSTINO, et al.,

15                  Defendants.

16   _____

17          Plaintiff is a Solano County Jail prisoner proceeding pro se.  On March 26, 2020, the

18   court dismissed plaintiff's complaint with leave to file an amended complaint.  Plaintiff filed an

19   amended complaint on May 20, 2020.  A review of plaintiff's amended complaint reveals that

20   plaintiff did not sign it as required under Rule 11 of the Federal Rules of Civil Procedure.  Good

21   cause appearing, IT IS HEREBY ORDERED that:

22          1.  Plaintiff's amended complaint is dismissed.

23          2.  The Clerk of the Court is directed to send plaintiff a copy of the court's form-

24   complaint for violations of civil rights alleged by prisoners.

25          3.  Plaintiff is granted 30 days within which to file a second amended complaint which is

26   signed, that complies with the requirements of the court's March 26, 2020 order, the Federal

27   Rules of Civil Procedure, and the Local Rules of Practice.  The second amended complaint must

28   bear the docket number assigned this case, must be labeled "Second Amended Complaint,"  and

must be signed. Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated:  June 3, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rami0624.11

2